```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 20671
   CHARLES FOCA
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1454


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/07/2008 and was not confirmed.

     The case was dismissed without confirmation 10/16/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                         PAID        PAID
-----------------------------------------------------------------------
AURORA LOAN SERVICES    MORTGAGE NOTI  NOT FILED         .00         .00
AURORA LOAN SERVICES    CURRENT MORTG        .00         .00         .00
AURORA LOAN SERVICES    SECURED NOT I   22746.40         .00         .00
PRO SE DEBTOR           DEBTOR ATTY          .00                     .00
TOM VAUGHN              TRUSTEE                                      .00
DEBTOR REFUND           REFUND                                       .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                       --------------       --------------
TOTALS                      .00                     .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/27/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE